IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00011-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMIE L. WOOD,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant's motion to continue is granted; motions hearing and trial preparation conference is rescheduled to **April 3**, **2007, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: March 30, 2007

                                                s/ Jane Trexler, Judicial Assistant