IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00011-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMIE L. WOOD,

    Defendant.

_____

**ORDER**
_____

This matter is before me on Government's Motion for Restitution pursuant to the leave granted at sentencing. Government seeks to recover $30,102.37 for funeral expenses. 18 U.S.C. § 3663A(b)(3) mandates restitution for "an amount equal to the cost of necessary funeral and related services." Defendant's response objects only to the claim for $9,605.31 for catering charged for an event held on December 2, 2006, as not being a "necessary expense" pursuant to the terms of the statute. The Government has not replied and I am uninformed why this is a "necessary funeral" or "related services" cost. The Government does bear the burden of proof on this matter and its absence of reply requires a finding that it has not met that burden. Accordingly, it is ordered:

    1. The Government's Motion for Restitution is granted in part and denied in part.

    2. The judgment in this matter shall be amended to impose a restitution

obligation on the Defendant in the amount of $20,497.06 for reimbursement of necessary funeral and related services expenses.

DATED at Denver, Colorado, on April 25, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge